# IN THE SUPREME COURT OF PENNSYLVANIA

N RE:  APPOINTMENT TO    :  No. 677

               :

COMMITTEE ON RULES OF   :  SUPREME COURT RULES DOCKET

               :

EVIDENCE         :

## O R D E R

**PER CURIAM:**

   AND NOW, this 17th day of September, 2015, Christopher H. Connors, Esquire, Allegheny County, is hereby appointed as a member of the Committee on Rules of Evidence for a term of three years commencing October 1, 2015.